UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLAYVION CLEVER WINN,

    Plaintiff,

v.

MACOMB TOWNSHIP, et al.,

    Defendants.

Case No. 24-cv-12258

Honorable Robert J. White

## JUDGMENT

The Court has dismissed the complaint. The abuse of process and intentional infliction of emotional distress claims are dismissed **with prejudice**. The remaining claims are dismissed **without prejudice**.

Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendants and against plaintiff. Costs to be permitted in accordance with law.

                KINIKIA D. ESSIX
                CLERK OF COURT


                By: s/Tara Villereal_____
                          Deputy Clerk

September 18, 2024

Approved: s/Robert J. White_____
           Robert J. White
           United States District Judge